1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Guerrero

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, ) | Case No. 08mj2070 |
| ) | |
| 12           Plaintiff, ) | |
| ) | |
| 13 v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| 14 **JOSE GUADALUPE GUERRERO,** ) | |
| ) | |
| 15           Defendant. ) | |
| ) | |

16

17     Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                          Respectfully submitted,

21 Dated: July 10, 2008              *s/ James M. Chavez*
                                         Federal Defenders of San Diego, Inc.
22                                        *james_chavez@fd.org*

1 **JAMES M. CHAVEZ**
California State Bar No. 255766
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
james_chavez@fd.org
5

6 Attorneys for Mr. Guerrero

7

8                                UNITED STATES DISTRICT COURT

9                               SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2070 |
| 12         Plaintiff, | ) ) | |
| 13 v. | ) ) | **PROOF OF SERVICE** |
| 14 **JOSE GUADALUPE GUERRERO**, | ) ) | |
| 15         Defendant. | ) ) | |

16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20        **UNITED STATES ATTORNEY**
       efile.dkt.gc1@usdoj.gov,
21

22 Dated: July 10, 2008                           _s/ James M. Chavez_
                                                                       JAMES M. CHAVEZ
23                                                                        Federal Defenders of San Diego, Inc.,
                                                                       225 Broadway, Suite 900
24                                                                        San Diego, CA 92101-5030
                                                                       (619) 234-8467  (tel)
25                                                                        (619) 687-2666  (fax)
                                                                       e-mail: james_chavez@fd.org
26

27

28